# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JAMES D. SILVIO

VERSUS

BOBBY GRAYSON CANNON AND
JOSHUA D. SANDERS

NO.   2021 CW 0859

**OCTOBER 19, 2021**

---

In Re:   Joshua D. Sanders, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 163520.

---

**BEFORE:   THERIOT, LANIER, AND BURRIS,[1] JJ.**

**WRIT DENIED.**

MRT
WIL
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.